IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ENRIQUE COLLAZO JUBAN                                                                PETITIONER

VERSUS                                                    CIVIL ACTION NO. 5:04cv245DCB-JCS

JOHN ASHCROFT                                                                         RESPONDENT

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the 18th day of May, 2006.


S/DAVID BRAMLETTE
UNITED STATES  DISTRICT JUDGE